## SUPREME COURT.

### IN THE MATTER OF OPENING SEVENTH AVENUE.

It must be considered as settled, on principle and authority, that there is but one *supreme court,* whether in *general* or *special term,* and that *either branch* is the supreme court within the meaning of the statute, and may exercise all the powers of that court.

Consequently, the *general term,* although it is an appellate court, has jurisdiction, equally with the special term, in confirming the report of commissioners on opening streets and avenues.

*New York Special Term, June,* 1865.

*Before* INGRAHAM, *J.*

AN objection is taken to the jurisdiction of the general term in confirming this report, on the ground that the general term is only an appellate court. The cases of *Tracy* agt. *Talmadge* (1 *Abb.* 460), and *Anonymous* (10 *How.* 353), hold that there is but one supreme court, whether in general or special term, and that either branch is the supreme court within the meaning of the statute, and may exercise all the powers of that court; and the case of *Gracie* agt. *Freeland* (1 *Coms.* 228), holds that the general term may hear an equity case, either by rehearing or in the first instance. The judge says : " The general term should decide the cause either by ordering a rehearing, or by hearing the matter at large in the first instance." This could not be done if the general term was only an appellate court.

There can be no doubt but that the general term is the supreme court for all purposes, except where the statute otherwise directs.